[No. 14921-4-II.   Division Two.   January 20, 1994.]

PATRICIA TOWE, *Appellant*, v. MARK CRABTREE, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 89-2-09197-1, J. Kelley Arnold, J., entered April

19, 1991. *Affirmed* by unpublished opinion per Morgan, C.J., concurred in by Alexander and Houghton, JJ.